**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* RALPH D. WILLIAMS, | ) | |
| BRINGING THIS ACTION ON BEHALF OF | ) | |
| THE UNITED STATES OF AMERICA AND THE | ) | |
| STATE OF GEORGIA | ) | |
| | ) | |
| Plaintiffs and Relator, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION** |
| HEALTH MANAGEMENT ASSOCIATES, INC.; | ) | |
| MONROE HMA, LLC d/b/a WALTON | ) | **FILE NO.      3:09-cv-130 (CDL)** |
| REGIONAL MEDICAL CENTER; and JOHN | ) | |
| DOE HOSPITALS AFFILIATED WITH HEALTH | ) | |
| MANAGEMENT ASSOCIATES, INC., | ) | |
| | ) | **JUDGE CLAY D. LAND** |
| and | ) | |
| | ) | |
| TENET HEALTHCARE CORPORATION and its | ) | |
| subsidiaries; TENET HEALTHSYSTEM GB, INC. | ) | |
| d/b/a ATLANTA MEDICAL CENTER and | ) | |
| SOUTH FULTON MEDICAL CENTER, n/k/a | ) | |
| ATLANTA MEDICAL CENTER-SOUTH | ) | |
| CAMPUS; NORTH FULTON MEDICAL | ) | |
| CENTER, INC. d/b/a NORTH FULTON | ) | |
| REGIONAL HOSPITAL; TENET | ) | |
| HEALTHSYSTEM SPALDING, INC., d/b/a | ) | |
| SPALDING REGIONAL HOSPITAL; TENET | ) | |
| HEALTHSYSTEM SGH, INC., d/b/a/ SYLVAN | ) | |
| GROVE HOSPITAL; HILTON HEAD HEALTH | ) | |
| SYSTEM, L.P., d/b/a HILTON HEAD | ) | |
| HOSPITAL; and JOHN DOE HOSPITALS | ) | |
| AFFILIATED WITH TENET HEALTHCARE | ) | |
| CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HISPANIC MEDICAL MANAGEMENT, INC. | ) | |
| d/b/a CLINICA DE LA MAMA; CLINICA DE LA | ) | |
| MAMA, INC., d/b/a CLINICA DE LA MAMA; | ) | |

and CLINICA DE LA MAMA and CLINICA DEL )
BEBE, including their affiliated parent or successor )
corporations: INTERNATIONAL CLINICAL )
MANAGEMENT SERVICES, INC., and COTA )
MEDICAL MANAGEMENT GROUP, INC., )
)
                Defendants. )

## NOTICE AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF TENET HEALTHSYSTEM SGH, INC. d/b/a  SYLVAN GROVE HOSPITAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), Plaintiffs State of Georgia and Relator Ralph D. Williams on behalf of the United States of America and the State of Georgia hereby voluntarily dismiss without prejudice Defendant Tenet HealthSystem SGH, Inc. d/b/a Sylvan Grove Hospital ("Sylvan Grove").

It is stipulated among the Plaintiffs and Defendants Sylvan Grove and Tenet Healthcare Corporation that in dismissing Sylvan Grove without prejudice, Plaintiffs are expressly relying on the Affidavit of John Quinn, Sylvan Grove's Chief Executive Officer, which was tendered by Defendants Sylvan Grove and Tenet Healthcare Corporation.  A copy of Mr. Quinn's affidavit is attached hereto as Exhibit A.

It is stipulated among the Plaintiffs and Defendants Sylvan Grove and Tenet Healthcare Corporation that should information come to light in discovery that would indicate that Sylvan Grove should be a defendant in this action, any amendment naming Sylvan Grove as a defendant would relate back to the date of the respective original Complaint.

Respectfully submitted this 24th day of October, 2013.

/s/ Nancy B. Allstrom                         /s/ William H. Jordan
Nancy B. Allstrom                                William H. Jordan
Georgia Bar No. 009830                    Georgia Bar Number 405112
nancy.allstrom@mfcu.ga.gov            bill.jordan@alston.com

Britt C. Grant
Georgia Bar No. 113403
bgrant@law.ga.gov
Elizabeth S. White
Georgia Bar No. 258844
ewhite@law.ga.gov
OFFICE OF THE ATTORNEY
GENERAL
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
Telephone: 404-656-5240

*Attorneys for the State of Georgia*

/s/ Marlan B. Wilbanks
Marlan B. Wilbanks
Georgia Bar No. 758223
mbw@wilbanks-bridgeslaw.com
Tyrone M. Bridges
Georgia Bar No. 081500
tmb@wilbanks-bridgeslaw.com
Susan S. Gouinlock
ssg@wilbanks-bridgeslaw.com
WILBANKS & BRIDGES, LLP
Monarch Plaza, Suite 1075
3414 Peachtree Road, NE
Atlanta, GA 30326
Telephone: 404-842-1075

C. Neal Pope
Georgia Bar No. 583769
Wade H. (Trip) Tomlinson
Georgia Bar No. 714605
George W. (Wally) Walker
Georgia Bar No. 548316
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, Georgia 31901-5268
Telephone: 706-324-0050
efile@pmkm.com

Sam R. Rutherford
Georgia Bar Number 159079
Matthew L.J.D. Dowell
Georgia Bar Number 236685
matt.dowell@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000
Fax:  404-881-7777

*Attorneys for Tenet HealthSystem SGH, Inc.
and Tenet Healthcare Corporation*

R. Timothy Morrison
Georgia Bar No. 525130
Jay F. Hirsch
Georgia Bar No. 357158
Kimberly J. Johnson
Georgia Bar No. 687678
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.
3455 Peachtree Road, NE, Suite 925
P.O. Box 191625 (31119-1625)
Atlanta, Georgia, 30326-3243
Telephone: 404-523-7706
efile@pmkm.com

*Attorneys for Relator*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the within and foregoing **Notice and Stipulation of Dismissal Without Prejudice of Tenet HealthSystem SGH, Inc. d/b/a Sylvan Grove Hospital** using the Clerk of Court's CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record in this case.

This 24th day of October, 2013.


/s/ Matt Dowell_____
Matt Dowell