

Nos preocupamos por tu salud no tu estado legal.

August 6, 2009

Gary Lang
CEO, Walton Regional Medical Center
330 Alcovy Street
Monroe, GA 30655

Dear Gary:

Please find enclosed a final invoice representing the hours that were worked by the interpreters prior to the termination of the contract. No other fees are reflected on the invoice.

I regret that I missed your call a few weeks ago. Your letter terminating the contract was apparently received at our office and taken to Ed. I appreciate very much the effort you and your staff put into this project and hope that one day in the future we will again have an opportunity to work together.

The decision has been made on our part to close the Lawrenceville clinic and I am in the process of making sure the patients are taken care of in that scenario. You may still have some Clinica patients who wish to deliver in your facility and I will be happy to assist in getting their Medicaid benefits completed.

I hope the rest of this year is successful for you and wish you great success in your new facility. Please feel free to contact me at any time if I can be of any assistance or answer any questions.

Sincerely,

Tracey E. Cota

5127 Jimmy Carter Blvd · Norcross, GA 30093 · (770) 613-0070
Roswell · Smyrna · Plaza Fiesta · Lawrenceville · Forest Park · Hilton Head

EXHIBIT 25

**Hispanic Medical Management Inc d/b/a**
**Clinica de la Mama**
5127 Jimmy Carter Blvd.
Norcross, GA 30093
770-613-0070 fax 770-613-0990

Invoice No. 10025

# INVOICE

**Customer**
Name: Walton Regional Medical Center
Address: 330 Alcovy Street
City: Monroe  State: GA  ZIP: 30655
Phone:

Date: 8/6/2009
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 238.75 | Interpreter services for July 2009 worked prior to contract termination | $17.50 | $4,178.13 |
| 1 | Management Fee | $0.00 | $0.00 |
| 10 | Eligibility services | $0.00 | $0.00 |

| Description | 11402 | |
| Freight | 91288 | |
| Tax | 97030 | |
| Accrued Tax | 21009 | |
| Description | | |

**Payment Details**
○ Cash
● Check
○ Credit Card
Name
CC #
Expires

|  |  |
|---|---|
| SubTotal | $4,178.13 |
| Shipping & Handling | $0.00 |
| Taxes   State | |
| TOTAL | $4,178.13 |

Office Use Only

*Thank You*

Please call Tracey @ 770-778-4068 w/questions

ADP ezLaborManager - Timecard Manager                                                    Page 1 of 1

**ClinicaDeLaMama**
Welcome Lindsey Cota

Home | Administration
Maintenance | Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Default Filter (67 of 92) Alvarez, Stephanie (AP239)   Find
Pay Date Range: User-Defined Date Range 07/01/2009 - 07/31/2009

Printable View  Payroll Summary  Schedule  Multiple Employee View                         Preferences

Submit   Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☑ | ☐ | Sat 07/04/2009 | 10:33 PM | 07:03 AM | 8.50 | 8.50 | | HOLIDAY | 11 |
| ☑ | ☑ | ☑ | Sun 07/05/2009 | 04:49 PM | 01:56 AM | 9.25 | 9.25 | | | 11 |
| ☑ | ☑ | ☑ | Sat 07/11/2009 | 06:31 PM | 07:00 AM | 12.50 | 12.50 | | | 11 |
| ☑ | ☑ | ☑ | Mon 07/13/2009 | 11:00 PM | 05:00 AM | 6.00 | 6.00 | | | 11 |
| ☑ | ☑ | ☑ | Sat 07/18/2009 | 07:08 PM | 07:00 AM | 11.75 | 11.75 | | | 11 |
| ☐ | | ☑ | Mon 07/20/2009 | | | | | | | 11 |
| ☐ | | ☑ | Tue 07/21/2009 | | | | | | | 11 |
| ☐ | | ☑ | Wed 07/22/2009 | | | | | | | 11 |
| ☐ | | ☑ | Thu 07/23/2009 | | | | | | | 11 |
| ☐ | | ☑ | Fri 07/24/2009 | | | | | | | 11 |
| ☐ | | ☑ | Sat 07/25/2009 | | | | | | | 11 |
| ☐ | | ☑ | Sun 07/26/2009 | | | | | | | 11 |
| ☐ | | ☑ | Mon 07/27/2009 | | | | | | | 11 |
| ☐ | | ☑ | Tue 07/28/2009 | | | | | | | 11 |
| ☐ | | ☑ | Wed 07/29/2009 | | | | | | | 11 |
| ☐ | | ☑ | Thu 07/30/2009 | | | | | | | 11 |
| ☐ | | ☑ | Fri 07/31/2009 | | | | | | | 11 |

Total Hours: 48.00

Submit   Submit & Calculate   Insert   Copy   Paste   Clear   Delete

Back to: Menu

ADP ezLaborManager - Timecard Manager                                                                     Page 1 of 1

**ClinicaDeLaMama**
Welcome Lindsey Cota

Home | Administration
Maintenance | Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Default Filter ▼ ◀ (44 of 92) ▶ Soto, Tatiana (AP188)    Find
Pay Date Range: User-Defined Date Range ▼ 07/01/2009 - 07/31/2009

Printable View  Payroll Summary  Schedule  Multiple Employee View                                         Preferences ▼
Submit           Submit & Calculate

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | Wed | 07/01/2009 | 07:32 AM | 03:02 PM | 7.50 | 7.50 | | | 11 | |
| ☐ | ☑ | Thu | 07/02/2009 | 07:10 AM | 05:53 PM | 10.75 | 10.75 | | | 11 | |
| ☐ | ☑ | Fri | 07/03/2009 | 07:08 AM | 03:00 PM | 7.75 | 7.75 | | | 11 | |
| ☐ | ☑ | Mon | 07/06/2009 | 07:31 AM | 03:02 PM | 7.50 | 7.50 | | | 11 | |
| ☐ | ☑ | Tue | 07/07/2009 | 07:04 AM | 02:53 PM | 8.00 | 8.00 | | | 11 | |
| ☐ | ☑ | Wed | 07/08/2009 | 07:06 AM | 03:54 PM | 9.00 | 9.00 | | | 11 | |
| ☐ | ☑ | Thu | 07/09/2009 | 07:17 AM | 03:00 PM | 7.75 | 7.75 | | | 11 | |
| ☐ | ☑ | Fri | 07/10/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 11 | |
| ☐ | ☑ | Mon | 07/13/2009 | 07:00 AM | 03:00 PM | 8.00 | 8.00 | | | 11 | |
| ☐ | ☑ | Tue | 07/14/2009 | 07:43 AM | 03:43 PM | 8.00 | 8.00 | | | 11 | |
| ☐ | ☑ | Thu | 07/16/2009 | 03:43 PM | 09:41 PM | 6.00 | 6.00 | | | 11 | |
| ☐ | | Mon | 07/20/2009 | | | | | | | 11 | |
| ☐ | | Tue | 07/21/2009 | | | | | | | 11 | |
| ☐ | | Wed | 07/22/2009 | | | | | | | 11 | |
| ☐ | | Thu | 07/23/2009 | | | | | | | 11 | |
| ☐ | | Fri | 07/24/2009 | | | | | | | 11 | |
| ☐ | | Sat | 07/25/2009 | | | | | | | 11 | |
| ☐ | | Sun | 07/26/2009 | | | | | | | 11 | |
| ☐ | | Mon | 07/27/2009 | | | | | | | 11 | |
| ☐ | | Tue | 07/28/2009 | | | | | | | 11 | |
| ☐ | | Wed | 07/29/2009 | | | | | | | 11 | |
| ☐ | | Thu | 07/30/2009 | | | | | | | 11 | |
| ☐ | | Fri | 07/31/2009 | | | | | | | 11 | |

Total Hours: 88.25

Submit    Submit & Calculate    Insert  Copy  Paste  Clear  Delete
Back to: Menu

https://ezlmanndc1.adp.com/ezLaborManagerNet/AdminServices/TimeEntry/TimecardMan...    8/6/2009

ADP ezLaborManager - Timecard Manager  Page 1 of 1

**ClinicaDeLaMama**
Welcome Lindsey Cota

Home | Administration
Maintenance | Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Default Filter ▼ ◄ (60 of 92) ► Ramirez, Susana (AP221)  Find
Pay Date Range: User-Defined Date Range ▼ 07/01/2009 - 07/31/2009

Printable View  Payroll Summary  Schedule  Multiple Employee View

Submit | Submit & Calculate

| Select | Supervisor Approval | | | Date In | Time In | Time Out | Hours | Daily Totals | Out Type | Earnings Code | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☑ | ☑ | Wed | 07/01/2009 | 11:16 PM | 07:06 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Thu | 07/02/2009 | 11:04 PM | 07:13 AM | 8.25 | 8.25 | | | 11 |
| ☑ | ☑ | ☑ | Fri | 07/03/2009 | 11:17 PM | 07:16 AM | 8.00 | 8.00 | | | 11 |
| ☑ | ☑ | ☑ | Mon | 07/06/2009 | 11:12 PM | 07:05 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Tue | 07/07/2009 | 11:08 PM | 07:02 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Wed | 07/08/2009 | 11:07 PM | 06:59 AM | 8.00 | 8.00 | | | 11 |
| ☑ | ☑ | ☑ | Thu | 07/09/2009 | 11:17 PM | 07:05 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Fri | 07/10/2009 | 11:00 PM | 07:00 AM | 8.00 | 8.00 | | | 11 |
| ☑ | ☑ | ☑ | Mon | 07/13/2009 | 11:00 PM | 07:00 AM | 8.00 | 8.00 | | | 11 |
| ☑ | ☑ | ☑ | Tue | 07/14/2009 | 11:04 PM | 07:04 AM | 8.00 | 8.00 | | | 11 |
| ☑ | ☑ | ☑ | Wed | 07/15/2009 | 11:16 PM | 07:00 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Thu | 07/16/2009 | 11:12 PM | 07:01 AM | 7.75 | 7.75 | | | 11 |
| ☑ | ☑ | ☑ | Fri | 07/17/2009 | 11:13 PM | 07:07 AM | 7.75 | 7.75 | | | 11 |
| ☐ | | ☑ | Mon | 07/20/2009 | | | | | | | 11 |
| ☐ | | ☑ | Tue | 07/21/2009 | | | | | | | 11 |
| ☐ | | ☑ | Wed | 07/22/2009 | | | | | | | 11 |
| ☐ | | ☑ | Thu | 07/23/2009 | | | | | | | 11 |
| ☐ | | ☑ | Fri | 07/24/2009 | | | | | | | 11 |
| ☐ | | ☑ | Sat | 07/25/2009 | | | | | | | 11 |
| ☐ | | ☑ | Sun | 07/26/2009 | | | | | | | 11 |
| ☐ | | ☑ | Mon | 07/27/2009 | | | | | | | 11 |
| ☐ | | ☑ | Tue | 07/28/2009 | | | | | | | 11 |
| ☐ | | ☑ | Wed | 07/29/2009 | | | | | | | 11 |
| ☐ | | ☑ | Thu | 07/30/2009 | | | | | | | 11 |
| ☐ | | ☑ | Fri | 07/31/2009 | | | | | | | 11 |

Total Hours: 102.50

Submit | Submit & Calculate | Insert  Copy  Paste  Clear  Delete

Back to: Menu

https://ezlmanndc1.adp.com/ezLaborManagerNet/AdminServices/TimeEntry/TimecardMan...  8/6/2009

## Schedule of Deliveries By Hospital

Clinic Location (CDM): Walton Regional        From: 8/1/2009        Thru: 8/31/2009

| Patient | Acct # | DOB | EDD | Physician | Clinic |
|---|---|---|---|---|---|
| | 918 | 3/24/1975 | 8/1/2009 | Carmen, McGee | Lawrenceville |
| LOGANVILLE, GA 30052- | | | | | |
| Ins. Status: Emergency Medicaid NM. | | | | | |
| | 953 | 10/23/1983 | 8/2/2009 | Chongulia, Terri | Lawrenceville |
| LAWRENCEVILLE, GA 30045- | | | | | |
| Ins. Status: Emergency Medicaid NM | | | | | |
| | 921 | 8/4/1974 | 8/4/2009 | Carmen, McGee | Lawrenceville |
| SNELLVILLE, GA 30078- | | | | | |
| Ins. Status: Emergency Medicaid NM | | | | | |
| | 947 | 6/12/1985 | 8/7/2009 | Carmen, McGee | Lawrenceville |
| SNELLVILLE, GA 30078- | | | | | |
| Ins. Status: Emergency Medicaid NM | | | | | |
| | 976 | 10/7/1974 | 8/11/2009 | Carmen, McGee | Lawrenceville |
| LITHONIA, GA 30038- | | | | | |
| Ins. Status: Emergency Medicaid NM | | | | | |



Date Printed: 8/5/2009 5:20:03 PM        Page 1 of 3

## Schedule of Deliveries By Hospital

**Clinic Location (CDM):** Walton Regional  **From:** 8/1/2009  **Thru:** 8/31/2009

| Patient | Acct # | DOB | EDD | Physician | Clinic |
|---|---|---|---|---|---|
| | 986 | 5/12/1982 | 8/12/2009 | Carmen, McGee | Lawrenceville |
| LAWRENCEVILLE, GA 30045- ▮▮▮ Ins. Status: Permanent Medicaid NM. | | | | | |
| ▮▮▮ | 7636 | 12/6/1984 | 8/13/2009 | TUCKER, SEAN | Windy Hill |
| CARTERVILLE, GA 30120- ▮▮▮ Ins. Status: Emergency Medicaid | | | | | |
| ▮▮▮ | 886 | 10/18/1973 | 8/25/2009 | Chongulia, Terri | Lawrenceville |
| lawrenceville, GA 30043- ▮▮▮ Ins. Status: Permanent Medicaid ▮▮▮ No fetal heart tones visualized, appears MAB | | | | | |
| ▮▮▮ APT 122 A | 891 | 1/2/1981 | 8/26/2009 | Carmen, McGee | Lawrenceville |
| SNELLVILLE, GA 30039- ▮▮▮ Ins. Status: Emergency Medicaid NM. | | | | | |
| ▮▮▮ | 905 | 2/11/1973 | 8/27/2009 | Carmen, McGee | Lawrenceville |
| WINDER, GA 30680- ▮▮▮ Ins. Status: Emergency Medicaid NM. | | | | | |

Date Printed: 8/5/2009 5:20:03 PM

## Schedule of Deliveries By Hospital

**Clinic Location (CDM):** Walton Regional     **From:** 8/1/2009     **Thru:** 8/31/2009

| Patient | Acct # | DOB | EDD | Physician | Clinic |
|---|---|---|---|---|---|
| ▮▮▮ | 940 | 4/7/1980 | 8/27/2009 | Chongulia, Terri | Lawrenceville |
| LAWRENCEVILLE, GA 30045- ▮▮▮ Ins. Status: Emergency Medicaid NM. | | | | | |
| ▮▮▮ | 892 | 1/8/1974 | 8/29/2009 | Chongulia, Terri | Lawrenceville |
| Grayson, GA 30017- ▮▮▮ Ins. Status: Emergency Medicaid | | | | | |
| ▮▮▮ 615 SHANNON WAY | 939 | 4/22/1972 | 8/29/2009 | Carmen, McGee | Lawrenceville |
| LAWRENCEVILLE, GA 30044- ▮▮▮ Ins. Status: Emergency Medicaid NM.. | | | | | |

Date Printed: 8/5/2009 5:20:03 PM

## Schedule of Deliveries By Hospital

| Clinic Location (CDM): | Walton Regional | | From: 9/1/2009 | | Thru: | 9/30/2009 |

| Patient | Acct # | DOB | EDD | Physician | Clinic |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇ | 957 | 9/17/1987 | 9/17/2009 | Carmen, McGee | Lawrenceville |
| LAWRENCEVILLE, GA 30044- ▇▇▇▇ Ins. Status: Permanent Medicaid NM | | | | | |
| ▇▇▇▇▇▇▇▇▇ | 955 | 10/11/1971 | 9/18/2009 | Carmen, McGee | Lawrenceville |
| LAWRENCEVILLE, GA 30045- ▇▇▇▇ Ins. Status: Emergency Medicaid NM | | | | | |
| ▇▇▇▇▇▇▇▇▇ | 955 | 10/11/1971 | 9/18/2009 | Carmen, McGee | Lawrenceville |
| LAWRENCEVILLE, GA 30045- ▇▇▇▇ Ins. Status: Emergency Medicaid NM. | | | | | |
| ▇▇▇▇▇▇▇▇▇ | 979 | 3/2/1979 | 9/27/2009 | Carmen, McGee | Lawrenceville |
| SUWANEE, GA 30024- ▇▇▇▇ Ins. Status: Emergency Medicaid TRANSVAGINAL ULTRASOUD IMAGES REVEAL HYPOECHOIC CANAL - BUT APPEARS CLOSED, FETAL ANATOMY SURVEY APPEARS WNL OF ULTRASOUND. NM | | | | | |

Date Printed:  8/5/2009 5:20:15 PM

Page 1 of 1

## Deliveries By Month By Hospital

**Hospital Name:** Walton Region  **Month:** Jul  **Year:** 2009

| Acct # | Patient | Clinic Location | DOB | DOS | Caseworker |
|---|---|---|---|---|---|
| 854 | | Lawrenceville | 8/16/1979 | 7/20/2009 | Vega, Martha |
| 841 | | Lawrenceville | 6/21/1974 | 7/23/2009 | Torres, Cindy |
| 919 | | Lawrenceville | 1/24/1987 | 7/4/2009 | Vega, Martha |

**# of Patients:** 3

Date Printed: 8/5/2009 5:15:09 PM

Page 1 of 1

## Medicaid Approval Listing for Hospital

Hospital Name: Walton Regional Medical    From: 7/1/2009    Thru: 7/31/2009

| Patient Name | DOB | Physician | Admission Type | Medicaid Status(M) | Medicaid Approval# | Hospital Acct# | Baby Name | Baby DOB | Medicaid Status(B) | Baby App # |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | 1/8/1974 | MD, Other | D&C | Approved | | | | | | |
| ▇ | 2/15/1980 | Mcgee, Carmen | DEL | Permanent M | | | ▇ | 6/30/2009 | Permanent M | ▇ |
| ▇ | 5/9/1980 | Mcgee, Carmen | DEL | Approved | | | ▇ | 4/20/2009 | Approved | |
| ▇ | 0/22/1990 | Mcgee, Carmen | DEL | Approved | | | ▇ | 5/28/2009 | Approved | |

# of Patients: 4

Date Printed: 8/5/2009 5:15:30 PM

## Patients and Approval Numbers By Hospital

| Hospital Name: | Walton Regional Medic | From: 7/1/200 | Thru: 7/31/20 |

| Acct # | Patient | Clinic Location | Approval Number | Approval Date |
|---|---|---|---|---|
| 892 | ▓ | Lawrenceville | ▓ | 7/9/2009 |
| 920 | ▓ | Lawrenceville | ▓ | 7/9/2009 |
| 920 | ▓ | Lawrenceville | ▓ | 7/2/2009 |
| 749 | ▓ | Lawrenceville | ▓ | 7/23/2009 |
| 957 | ▓ | Lawrenceville | ▓ | 7/2/2009 |
| 907 | ▓ | Lawrenceville | ▓ | 7/9/2009 |
| 907 | ▓ | Lawrenceville | ▓ | 7/9/2009 |
| 907 | ▓ | Lawrenceville | Bill Patient | 7/10/2009 |
| 718 | ▓ | Lawrenceville | Bill Patient | 7/21/2009 |
| 718 | ▓ | Lawrenceville | Bill Patient | 7/21/2009 |

# of Patients: 10

Date Printed: 8/5/2009 5:16:11 PM

Page 1 of 1

**Hispanic Medical Management Inc d/b/a**
**Clinica de la Mama**
5127 Jimmy Carter Blvd.
Norcross, GA 30093
770-613-0070 fax 770-613-0990

Invoice No. 10024

# INVOICE

**Customer**
Name: Walton Regional Medical Center
Address: 330 Alcovy Street
City: Monroe   State GA   ZIP 30655
Phone:

Date: 7/8/2009
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 412.5 | Interpreter services for June 2009 | $17.50 | $7,218.75 |
| 1 | Management Fee | $1,500.00 | $1,500.00 |
| 10 | Eligibility services | $30.00 | $300.00 |

Description: 11402
Freight: 91288
Tax: 97030
Accrued Tax: 21009

Description

Rec Rpt | Quantity | P O # | Prices

Extens Footing | | | Batch #

SubTotal: $9,018.75
Shipping & Handling: $0.00
Taxes State:
TOTAL: $9,018.75

**Payment Details**
○ Cash
⦿ Check
○ Credit Card
Name
CC #
Expires

Office Use Only

*Thank You*

*Please call Tracey @ 770-778-4068 w/questions*



# ClinicaDeLaMama
Welcome **Lindsey Cota**

Home    Administration

Maintenance    Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Default Filter  (69 of 92)  Alvarez, Stephanie (AP239)    Find

Pay Date Range: User-Defined Date Range  06/01/2009 - 06/30/2009

Printable View   Payroll Summary   Schedule   Multiple Employee View

**Submit**    **Submit & Calculate**

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | O |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | Sat 06/06/2009 | 06:21 PM | 06:46 AM | 12.50 | 12.50 | |
| ☐ | ☑ | ☐ | Mon 06/08/2009 | 02:21 PM | 11:00 PM | 8.75 | 8.75 | |
| ☐ | ☑ | ☐ | Tue 06/09/2009 | 02:56 PM | 11:02 PM | 8.00 | 8.00 | |
| ☐ | ☑ | ☐ | Wed 06/10/2009 | 03:58 PM | 06:43 PM | 2.75 | 2.75 | |
| ☐ | ☑ | ☐ | Sat 06/13/2009 | 06:49 PM | 07:00 AM | 12.25 | 12.25 | |
| ☐ | ☑ | ☐ | Sun 06/14/2009 | 07:06 PM | 07:00 AM | 12.00 | 12.00 | |
| ☐ | ☑ | ☐ | Mon 06/15/2009 | 04:40 PM | 11:19 PM | 6.50 | 6.50 | |
| ☐ | ☑ | ☐ | Sat 06/20/2009 | 06:42 PM | 07:00 AM | 12.25 | 12.25 | |
| ☐ | | ☐ | Mon 06/22/2009 | | | | | |
| ☐ | | ☐ | Tue 06/23/2009 | | | | | |
| ☐ | | ☐ | Wed 06/24/2009 | | | | | |
| ☐ | | ☐ | Thu 06/25/2009 | | | | | |
| ☐ | | ☐ | Fri 06/26/2009 | | | | | |
| ☐ | ☑ | ☐ | Sat 06/27/2009 | 06:54 PM | 07:01 AM | 12.00 | 12.00 | |
| ☐ | ☑ | ☐ | Sun 06/28/2009 | 08:17 PM | 07:20 AM | 11.00 | 11.00 | |
| ☐ | | ☐ | Mon 06/29/2009 | | | | | |
| ☐ | | ☐ | Tue 06/30/2009 | | | | | |

Total Hours:  98.00

**Submit**    **Submit & Calculate**    Insert   Copy   Paste   Clear   Delete

Back to: Menu

https://ezlmappdc1.adp.com/ezLaborManagerNet/AdminServices/TimeEntry/TimecardMan...  7/3/2009



# ClinicaDeLaMama
Welcome **Lindsey Cota**

Home   Administration

Maintenance   Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: Default Filter  (61 of 92)  **Ramirez, Susana (AP221)**    Find
Pay Date Range: User-Defined Date Range  06/01/2009 - 06/30/2009

Printable View   Payroll Summary   Schedule   Multiple Employee View

**Submit**        **Submit & Calculate**

| Select | Supervisor Approval | | Date In | Time In | Time Out | Hours | Daily Totals | O |
|---|---|---|---|---|---|---|---|---|
| | | Mon | 06/01/2009 | 11:14 PM | 07:02 AM | 7.75 | 7.75 | |
| | | Tue | 06/02/2009 | 11:08 PM | 07:09 AM | 8.00 | 8.00 | |
| | | Wed | 06/03/2009 | 11:15 PM | 07:14 AM | 8.00 | 8.00 | |
| | | Thu | 06/04/2009 | 11:19 PM | 07:16 AM | 8.00 | 8.00 | |
| | | Fri | 06/05/2009 | 11:25 PM | 07:10 AM | 7.75 | 7.75 | |
| | | Mon | 06/08/2009 | 11:22 PM | 07:16 AM | 8.00 | 8.00 | |
| | | Tue | 06/09/2009 | 11:11 PM | 07:20 AM | 8.00 | 8.00 | |
| | | Wed | 06/10/2009 | 11:41 PM | 07:17 AM | 7.50 | 7.50 | |
| | | Thu | 06/11/2009 | 11:16 PM | 07:06 AM | 7.75 | 7.75 | |
| | | Fri | 06/12/2009 | 11:18 PM | 07:08 AM | 8.00 | 8.00 | |
| | | Mon | 06/15/2009 | 11:07 PM | 07:16 AM | 8.25 | 8.25 | |
| | | Tue | 06/16/2009 | 11:06 PM | 07:05 AM | 8.00 | 8.00 | |
| | | Thu | 06/18/2009 | 11:12 PM | 07:17 AM | 8.00 | 8.00 | |
| | | Fri | 06/19/2009 | 11:05 PM | 07:09 AM | 8.25 | 8.25 | |
| | | Mon | 06/22/2009 | 11:11 PM | 07:11 AM | 8.00 | 8.00 | |
| | | Tue | 06/23/2009 | 11:10 PM | 07:10 AM | 8.00 | 8.00 | |
| | | Wed | 06/24/2009 | 11:07 PM | 07:04 AM | 8.00 | 8.00 | |
| | | Thu | 06/25/2009 | 11:13 PM | 07:07 AM | 7.75 | 7.75 | |
| | | Fri | 06/26/2009 | 11:12 PM | 07:16 AM | 8.00 | 8.00 | |
| | | Sat | 06/27/2009 | | | | | |
| | | Sun | 06/28/2009 | | | | | |