|   |   |   |   | Mon | 06/29/2009 | 11:05 PM | 07:10 AM | 8.25 | 8.25 |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   | Tue | 06/30/2009 | 11:12 PM | 07:09 AM | 8.00 | 8.00 |

Total Hours: 167.25

**Submit**  **Submit & Calculate**  **Insert**  **Copy**  **Paste**  **Clear**  **Delete**

Back to: Menu

07/09/2009 02:22:08 PM v11.016.003.0? - xn>:9c:9e.N{{} ezimportal17.aop.com - ezimportal17.a:

Copyright ©2000-2009 Automatic Data Processing, Inc. All Rights Reserved.    ABOUT



# ClinicaDeLaMama
Welcome **Lindsey Cota**

Home   Administration
Maintenance   Setup

You are here: Menu > Timecard Manager

## Timecard Manager

Filter: *Default Filter* (45 of 92) Soto, Tatiana (AP188)   Find
Pay Date Range: User-Defined Date Range  06/01/2009 - 06/30/2009
Printable View   Payroll Summary   Schedule   Multiple Employee View
Submit   Submit & Calculate

| Select | Supervisor Approval | | | Date In | Time In | Time Out | Hours | Daily Totals | O |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | Mon | 06/01/2009 | 06:53 AM | 03:09 PM | 8.25 | 8.25 | |
| ☐ | ☐ | ☐ | Tue | 06/02/2009 | 06:50 AM | 03:07 PM | 8.25 | 8.25 | |
| ☐ | ☐ | ☐ | Wed | 06/03/2009 | 07:04 AM | 02:56 PM | 8.00 | 8.00 | |
| ☐ | ☐ | ☐ | Thu | 06/04/2009 | 07:03 AM | 03:17 PM | 8.25 | 8.25 | |
| ☐ | ☐ | ☐ | Mon | 06/08/2009 | 07:48 AM | 02:58 PM | 7.25 | 7.25 | |
| ☐ | ☐ | ☐ | Tue | 06/09/2009 | 07:15 AM | 03:02 PM | 7.75 | 7.75 | |
| ☐ | ☐ | ☐ | Thu | 06/11/2009 | 07:02 AM | 03:00 PM | 8.00 | 8.00 | |
| ☐ | ☐ | ☐ | Fri | 06/12/2009 | 07:21 AM | 03:00 PM | 7.75 | 7.75 | |
| ☐ | ☐ | ☐ | Mon | 06/15/2009 | 08:01 AM | 04:39 PM | 8.75 | 8.75 | |
| ☐ | ☐ | ☐ | Tue | 06/16/2009 | 07:22 AM | 02:57 PM | 7.75 | 7.75 | |
| ☐ | ☐ | ☐ | Wed | 06/17/2009 | 07:05 AM | 02:58 PM | 8.00 | 8.00 | |
| ☐ | ☐ | ☐ | Fri | 06/19/2009 | 07:10 AM | 03:00 PM | 7.75 | 7.75 | |
| ☐ | ☐ | ☐ | Mon | 06/22/2009 | 07:02 AM | 03:00 PM | 8.00 | 8.00 | |
| ☐ | | ☐ | Tue | 06/23/2009 | | | | | |
| ☐ | ☐ | ☐ | Wed | 06/24/2009 | 07:02 AM | 03:00 PM | 8.00 | 8.00 | |
| ☐ | ☐ | ☐ | Thu | 06/25/2009 | 07:06 AM | 03:06 PM | 8.00 | 8.00 | |
| ☐ | ☐ | ☐ | Fri | 06/26/2009 | 07:01 AM | 06:46 PM | 11.75 | 11.75 | |
| ☐ | | ☐ | Sat | 06/27/2009 | | | | | |
| ☐ | | ☐ | Sun | 06/28/2009 | | | | | |
| ☐ | ☐ | ☐ | Mon | 06/29/2009 | 07:10 AM | 03:00 PM | 7.75 | 7.75 | |
| ☐ | ☐ | ☐ | Tue | 06/30/2009 | 07:02 AM | 03:01 PM | 8.00 | 8.00 | |

147.25

Medicaid Approval Listing for Hospital

Hospital Name: Walton Regional Medical    From: 6/1/2009    Thru: 6/30/2009

| Patient Name | DOB | Physician | Admission Type | Medicaid Status(M) | Medicaid Approval# | Hospital Acct# | Baby Name | Baby DOB | Medicaid Status(B) | Baby App # |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | 3/9/1978 | Mcgee, Carmen | DEL | Approved | ▓ | 2232413 | ▓ | 5/13/2009 | Approved | ▓ |
| | 1/8/1973 | Gaskins, Joe | DEL | Approved | | 2229842 | | 4/23/2009 | Approved | |
| | 6/9/1964 | Chongulia, Terry | DEL | Approved | | 2221263 | | 2/14/2009 | Approved | |
| | 7/28/1985 | Chongulia, Terry | DEL | Approved | | 2209414 | | 11/4/2008 | Approved | |
| | 8/29/1986 | Chongulia, Terry | DEL | Approved | | 2228242 | | 4/11/2009 | Approved | |
| | 11/5/1990 | Mcgee, Carmen | DEL | Permanent M | | 2236787 | | 6/15/2009 | Approved | |

# of Patients: 6

Date Printed: 7/8/2009 2:25:06 PM

Page 1 of 1

## Deliveries By Month By Hospital

Hospital Name: Walton Region     Month: Jun     Year: 2009

| Acct # | Patient | Clinic Location | DOB | DOS | Caseworker |
|---|---|---|---|---|---|
| 920 | | Lawrenceville | 2/15/1980 | 6/30/2009 | Torres, Cindy |
| 860 | | Lawrenceville | 4/23/1982 | 6/8/2009 | Torres, Cindy |
| 884 | | Lawrenceville | 11/5/1990 | 6/15/2009 | Vega, Martha |

# of Patients: 3

Date Printed: 7/8/2009 2:25:19 PM     Page 1 of 1