IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* RALPH D. WILLIAMS, <br><br> BRINGING THIS ACTION ON BEHALF OF <br> THE UNITED STATES OF AMERICA AND THE <br> STATE OF GEORGIA <br><br>    Plaintiffs and Relator, <br><br> v. <br><br> HEALTH MANAGEMENT ASSOCIATES, INC., <br> et al., <br><br>    Defendants. | CIVIL ACTION NO. <br> 3:09-cv-130 (CDL) |

### ORDER OF DISMISSAL AS TO HEALTH MANAGEMENT ASSOCIATES, INC. AND MONROE HMA LLC

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the False Claims Act, 31 U.S.C. § 3730(b)(1) and the Georgia False Medicaid Claims Act, O.C.G.A. §§ 49-4-168 *et seq.*, the United States, the State of Georgia and Relator Ralph D. Williams, and Defendants Health Management Associates, Inc. and Monroe HMA, LLC d/b/a Walton Regional Medical Center (together "HMA") (collectively, the "Parties") filed a Stipulation of Dismissal as to claims against HMA. Upon due consideration of the Stipulation and the other papers on file in this action,

  IT IS HEREBY ORDERED that, consistent with the terms of the Settlement Agreement executed by the Parties, all claims asserted on behalf of the United States, the State of Georgia and Relator Ralph D. Williams against HMA in the above-captioned action shall be dismissed

with prejudice, except the request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(i).

Done this 22nd day of June, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U. S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA