**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* RALPH D. WILLIAMS, UNITED STATES OF AMERICA, and STATE OF GEORGIA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:09-cv-130 (CDL) |
| HEALTH MANAGEMENT ASSOCIATES, INC., *et. al.*, | ) ) ) | |
| Defendants. | ) ) ) ) ) | **JURY TRIAL DEMANDED** |

**STATUS REPORT**

COME NOW Plaintiffs United States of America, the State of Georgia and Relator Ralph D. Williams (collectively "Plaintiffs"), and the Tenet Defendants[1] (collectively the "Parties")[2], acting by and through their respective counsel of record, hereby notify the Court as follows:

In response to the Court's August 15, 2016 Order and direction to the parties to resolve this matter by September 30, 2016, or otherwise report to the Court, the Parties hereby inform the Court that they have taken all the necessary steps toward the civil dismissal and will brief the Court *in*

---

[1] The "Tenet Defendants" are Defendants Tenet Healthcare Corporation; Tenet Healthsystem GB, Inc. n/k/a Atlanta Medical Center, Inc.; North Fulton Medical Center, Inc.; Tenet Healthsystem Spalding, Inc. n/k/a Spalding Regional Medical Center, Inc.; and Hilton Head Health System, L.P.

[2] Hispanic Medical Management, Inc.; Clinica de la Mama, Inc.; Clinica de la Mama; Clinica de Bebe; International Clinical Management Services, Inc.; and Cota Medical Management Group, Inc. have yet to file an answer. Defendants Health Management Associates and Monroe HMA, LLC were dismissed by the Court pursuant to a Stipulation of Dismissal on June 22, 2015 (ECF No. 193).

*camera* as to the expected dismissal process and provide the necessary documentation evidencing

their agreement.

Respectfully submitted this 30th day of September, 2016.

| | |
|---|---|
| ***Counsel for Defendants,***<br>***Tenet Healthcare Corporation;***<br>***Tenet HealthSystem, GB, Inc.;***<br>***North Fulton Medical Center, Inc.;***<br>***Tenet HealthSystem Spalding, Inc.; and***<br>***Hilton Head Health System, L.P.*** | ***Counsel for Plaintiff,***<br>***United States of America*** |

<table>
<tr>
<td>

*s/William H. Jordan*

**ALSTON & BIRD, LLP**
**WILLIAM H. JORDAN**
Georgia Bar No. 405112
bill.jordan@alston.com
**SAMUEL R. RUTHERFORD**
Georgia Bar No. 159079
sam.rutherford@alston.com
**MATTHEW L.J.D. DOWELL**
Georgia Bar No. 236685
matt.dowell@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000


**LATHAM & WATKINS, LLP**
**KATHRYN H. RUEMMLER**
kathryn.ruemmler@lw.com
**ABID R. QURESHI**
abid.qureshi@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004
(202) 637-2240

**DAVID J. SCHINDLER**
david.schindler@lw.com
355 South Grand Avenue
Los Angeles, CA  90071-1560
(213) 891-8415

</td>
<td>

**BENJAMIN C. MIZER**
Principal Deputy Assistant Attorney General

**G.F. "PETE" PETERMAN, III**
United States Attorney
Middle District of Georgia


*s/Aimee J. Hall*

**AIMEE J. HALL**
Assistant United States Attorney
Georgia Bar No. 318048
aimee.hall@usdoj.gov
United States Attorney's Office
P.O. Box 2568
Columbus, GA  31902
(706) 649-7700

**MICHAEL GRANSTON**, Director
**DANIEL R. ANDERSON**, Deputy Director
**MARIE V. BONKOWSKI**
Senior Trial Counsel
**LAURIE A. OBEREMBT**
Senior Trial Counsel
Civil Division
U.S. Department of Justice
P.O. Box 261, PHAB-9116
Ben Franklin Station
Washington, DC  20044
(202) 514-6833
marie.bonkowski@usdoj.gov
laurie.oberembt@usdoj.gov

</td>
</tr>
</table>

**KATHERINE A. LAUER**
katherine.lauer@lw.com
600 West Broadway, Suite 1800
San Diego, CA  92101-3374
(619) 236-1234

*Counsel for Plaintiff,*
*State of Georgia*

s/Samuel S. Olens
**SAMUEL S. OLENS**
Attorney General for the State of Georgia
**BRITT C. GRANT**
Solicitor General
Georgia Bar No. 113403
40 Capitol Square, S.W.
Atlanta, GA  30334
bgrant@law.ga.gov
(404) 651-9453

s/Nancy B. Allstrom
**NANCY B. ALLSTROM**
Senior Assistant Attorney General
Georgia Medicaid Fraud Control Unit
Georgia Bar No. 009830
nallstrom@law.ga.gov
(404) 656-5240

**ELIZABETH S. WHITE**
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
Georgia Bar No. 258844
ewhite@law.ga.gov
19th Floor, West Tower
200 Piedmont Avenue, S.E.
Atlanta, GA  30334
(404) 656-4145

**SARA E. VANN**
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
Georgia Bar No. 141787
svann@law.ga.gov
19th Floor, West Tower
200 Piedmont Avenue, S.E.
Atlanta, GA  30334
(404) 656-4998

*Counsel for Plaintiff-Relator,*
*Ralph D. Williams*

*s/Marlan B. Wilbanks*
**WILBANKS & GOUINLOCK, LLP**
**MARLAN B. WILBANKS**
Georgia Bar No. 758223
mbw@wilbanksgouinlock.com
**SUSAN S. GOUINLOCK**
Georgia Bar No. 303217
ssg@wilbanksgouinlock.com
Monarch Plaza, Suite 725
3414 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 842-1075

**POPE, McGLAMRY, KILPATRICK,**
**MORRISON & NORWOOD, P.C.**
**C. NEAL POPE**
Georgia Bar No. 583769
**WADE H. (TRIP) TOMLINSON**
Georgia Bar No. 714605
1111 Bay Avenue, Suite 450
P.O. Box 2128 (31902-2128)
Columbus, GA  31901-5268
(706) 324-0050

**R. TIMOTHY MORRISON**
Georgia Bar No. 525130
**JAY F. HIRSCH**
Georgia Bar No. 357185
**KIMBERLY J. JOHNSON**
Georgia Bar No. 687678
3391 Peachtree Road, N.E., Suite 3005
P.O. Box 191625 (31119-1625)
Atlanta, GA  30326-3243
(404) 523-7706
efile@pmkm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing using the Court's CM/ECF system, which will automatically send email notifications of such filing to the other attorneys of record in this case.

This 30th day of September, 2016.


<u>*s/Aimee J. Hall*</u>_____
Assistant United States Attorney Aimee J. Hall