IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RALPH D. WILLIAMS, <br><br> BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA AND THE STATE OF GEORGIA <br><br> Plaintiffs and Relator, <br><br> v. <br><br> HEALTH MANAGEMENT ASSOCIATES, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) 3:09-cv-130 (CDL) ) ) ) ) ) ) ) ) |

ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the False Claims Act, 31 U.S.C. § 3730(b)(1) and the Georgia False Medicaid Claims Act, O.C.G.A. §§ 49-4-168 *et seq.*, the United States, the State of Georgia and Relator Ralph D. Williams, and Defendants Tenet Healthcare Corporation; Tenet Healthsystem GB, Inc. n/k/a Atlanta Medical Center, Inc.; North Fulton Medical Center, Inc.; Tenet Healthsystem Spalding, Inc. n/k/a Spalding Regional Medical Center, Inc.; and Hilton Head Health System, L.P. (together the "Tenet Defendants") (collectively, the "Parties") filed a Stipulation of Dismissal as to claims against the Tenet Defendants.

The United States, the State of Georgia and Relator Ralph D. Williams further stipulated to the dismissal without prejudice of claims against Hispanic Medical Management, Inc.; Clinica de la Mama, Inc.; Clinica de la Mama; Clinica de Bebe; International Clinical Management Services, Inc.; and Cota Medical Management Group,

Inc. Previously, the State of Georgia and Relator Ralph D. Williams stipulated to the dismissal without prejudice of claims against Tenet HealthSystem SGH, Inc. d/b/a/ Sylvan Grove Hospital. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that,

(1) consistent with the terms of the Settlement Agreement executed by the Parties, all claims asserted on behalf of the United States, the State of Georgia and Relator Ralph D. Williams against the Tenet Defendants in the above-captioned action shall be dismissed with prejudice;

(2) all claims asserted on behalf of the United States, the State of Georgia and Relator Ralph D. Williams against Hispanic Medical Management, Inc.; Clinica de la Mama, Inc.; Clinica de la Mama; Clinica de Bebe; International Clinical Management Services, Inc.; and Cota Medical Management Group, Inc. shall be dismissed without prejudice; and

(3) all claims asserted on behalf of the State of Georgia and Relator Ralph D. Williams against Tenet HealthSystem SGH, Inc. d/b/a/ Sylvan Grove Hospital, which were previously dismissed on October 24, 2013 (ECF No. 109), shall be dismissed without prejudice to the State of Georgia and with prejudice as to Relator.

Done this 3rd day of November, 2016.

s/Clay D. Land
CLAY D. LAND
CHIEF U. S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA